*09-12044- Bennett, Michael Scott*

Claim 000010, Payment 1.05%
Recovery Management Systems Corporation
For Capital Recovery III LLC
As Assignee of HSBC Bank Nevada National
25 SE 2nd Avenue Suite 1120
Miami FL 33131

Barbara Rivera-Fulton, Trustee
P.O. BOX 19980
New Orleans, LA 70179

**BANK OF AMERICA, N.A.**
32-1/1110 TX 0

CHECK NUMBER
**1011**

*09-12044*

| DATE | AMOUNT |
|---|---|
| 09/21/10 | ************3.74 |

**1827215**

PAY TO THE ORDER OF

United States Bankruptcy Court
LA

| CASE NUMBER | ESTATE OF |
|---|---|
| 09-12044  B | Debtor: BENNETT, MICHAEL SCOTT |

*Three Dollars And 74/100*

*Barbara Rivera-Fulton* (signature)

RECEIVER/TRUSTEE/DEBTOR IN POSSESSION/ASSIGNEE
THIS CHECK VOID AFTER 90 DAYS

⑆001011⑆ ⑈111000012⑈ 4437396244⑆

---

| Date: 09/21/10 | Check Number: 1011 | Amount: 3.74 |
|---|---|---|

Case Number: 09-12044  B
Debtor Name: BENNETT, MICHAEL SCOTT
SSN: 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

| Paid To: | United States Bankruptcy Court
LA | Trustee: | Barbara Rivera-Fulton, Trustee
P.O. BOX 19980
New Orleans, LA 70179 |
|---|---|---|---|

Description: Claim 000010, Payment 1.05%  Recovery Management Systems Corporation
For Capital Recovery III LLC
As Assignee of HSBC Bank Nevada National
25 SE 2nd Avenue Suite 1120

Bank Account Number: 4437396244

---

FROM: RIVERA-FULTON
Total-> $3.74

Debtor.: MICHAEL SCOTT BENNETT
Trustee: Barbara Rivera-Fulton
Amount:: 
Check#.: 1011
UNC_UNDER$25
09-12044
$3.74 CH

# 227663 - KW
**COPY**
September 21, 2010
15:45:01

UNITED STATES
BANKRUPTCY COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

*9/21/10
Deposited to
106000 - Treasury
Due: Capital Recovery, III, LLC*

Date: 09/21/10

## DIVIDENDS REMITTED TO THE COURT

Page: 1

Case Number 09-12044 - BENNETT, MICHAEL SCOTT

| Creditor | Claim No. | Amount Allowed | Amount Paid |
|---|---|---|---|
| Recovery Management Systems Corporation<br>For Capital Recovery III LLC<br>As Assignee of HSBC Bank Nevada National<br>25 SE 2nd Avenue Suite 1120<br>Miami FL 33131<br>  Acct. 9445 | 000010 | 355.27 | 3.74 |
| ---------- Remittance Total --------------- | | 355.27 | 3.74 |

*Barbara-Rivera Fulton*

Law Ofc. of Barbara Rivera Fulton, Trustee

COURT1

Printed: 09/21/10 11:59 AM   Ver: 15.20